**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHRISTOPHER TRAYLOR,

        Petitioner(s),        CASE NUMBER: 08-10869
                                        HONORABLE VICTORIA A. ROBERTS

v.

GREGG McQUIGGIN,

        Respondent(s).
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On June 23, 2008, Magistrate Judge Charles E. Binder submitted a Report and Recommendation (Doc. #8) recommending that the Court DENY Petitioner's Motion for Evidentiary Hearing. (Doc. #6). Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, **DENIES** Petitioner's Motion for Evidentiary Hearing.

        **IT IS ORDERED**.

                                                S/Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: July 14, 2008

The undersigned certifies that a copy of this document was served on the attorneys of record and pro se petitioner by electronic means or U.S. Mail on July 14, 2008.

s/Carol A. Pinegar
Deputy Clerk