**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**CHRISTOPHER TRAYLOR,**

                Petitioner(s),         **CASE NUMBER: 08-10869
HONORABLE VICTORIA A. ROBERTS**

**v.**

**GREGG McQUIGGIN,**

                Respondent(s).
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On June 23, 2008, Magistrate Judge Charles E. Binder submitted a Report and Recommendation (Doc. #8) recommending that the Court DENY Petitioner's Motion for Evidentiary Hearing. (Doc. #6). The Court adopted the Report and Recommendation ("R&R") on July 14, 2008 because it did not receive objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(3). (Doc. #9).

Petitioner filed a Motion for Reconsideration on July 24, 2008. (Doc. #10). He stated he did not receive the R&R. On July 31, 2008, the Court: (1) granted Petitioner's motion; (2) mailed him a copy of the R&R; and (3) gave him until August 18, 2008 to file objections.

Because the Court has not received objections from the Petitioner, it adopts the Magistrate Judge's R&R. Petitioner's Motion for Evidentiary Hearing is **DENIED**.

       **IT IS ORDERED**.

                                      S/Victoria A. Roberts
                                      United States District Judge

Dated: August 20, 2008

The undersigned certifies that a copy of this document was served on the attorneys of record and Christopher Traylor by electronic means or U.S. Mail on August 20, 2008.

s/Carol A. Pinegar
Deputy Clerk